1  Soheyl Tahsildoost (Bar No. 271294)
   Ali Ameripour (Bar No. 325314)
2  THETA LAW FIRM, LLP
   12100 Wilshire Blvd. Suite 1070
3  Los Angeles, CA 90025
   Telephone: (424) 297-3103
4  Facsimile: (424) 286-2244
   eservice@thetafirm.com
5
6  Attorneys for Defendant Tesla Motors, Inc

7                   UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

| ANDREA CAVALIERE, | ) | Case No.: 3:24-cv-03621-MMC |
|---|---|---|
| Plaintiff, | ) ) ) | **DEFENDANT TESLA MOTORS, INC.'S AMENDED NOTICE OF MOTION TO COMPEL BINDING ARBITRATION** |
| v. | ) ) | |
| TESLA MOTORS, INC., a Delaware Corporation; DOES 1 through 30, inclusive, | ) ) ) ) | Judge: Hon. Maxine M. Chesney Date: October 25, 2024 Time: 9:00 a.m. |
| Defendants. | ) ) ) ) ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 25, 2024 at 9:00 a.m., in Courtroom 7, 19th floor, in the United States District Court, Northern District of California, San Francisco Courthouse, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant Tesla Motors, Inc. ("Tesla") will move, and hereby moves the Court for an order (i) compelling Plaintiff Andrea Cavaliere to arbitrate her claims in accordance with his arbitration agreement; and (ii) staying this action pending the outcome of arbitration.

This motion is authorized by the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-16, California Code of Civil Procedure § 1281 *et seq.* and supported by the accompanying Memorandum of Points and Authorities, Request for Judicial Notice and exhibits thereto,

1

1  Declaration of Ali Ameripour and exhibits thereto; any reply memorandum that Tesla may file; all
2  of the records on file in this action; and by such other written and oral argument as may be
3  presented to the Court.

5  DATED September 18, 2024        THETA LAW FIRM, LLP

              _____
              ALI AMERIPOUR
              Attorney for Defendant Tesla Motors, Inc.

2

**DEFENDANT TESLA MOTORS, INC.'S AMENDED NOTICE OF MOTION TO COMPEL BINDING ARBITRATION**

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2024, I filed the foregoing document entitled **DEFENDANT TESLA MOTORS, INC.'S AMENDED NOTICE OF MOTION TO COMPEL BINDING ARBITRATION** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

_____
SOHEYL TAHSILDOOST